GEORGE HAWKINS *v.* COMMISSIONER OF
CORRECTION

*Joseph Visone,* special public defender, in support of
the petition.

Decided July 8, 2003

STATE OF CONNECTICUT *v.* JOANNE KAMERLING

*Joanne Kamerling,* pro se, in support of the petition.

*James A. Killen,* assistant state's attorney, in oppo-
sition.

Decided July 8, 2003

WATER POLLUTION CONTROL AUTHORITY OF THE
CITY OF NEW HAVEN *v.* OTP REALTY, LLC

*Max F. Brunswick,* in support of the petition.

*Alfred J. Onorato,* in opposition.

Decided July 8, 2003